U.S. Bankruptcy Appellate Panel
of the Ninth Circuit
125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

In Re:   STEWART JAY WARREN

BAP No.: NC-07-1158

Bankruptcy No(s).: 06-10697

Adversary No(s).:

NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the
disposition of this matter by the Bankruptcy Appellate Panel.
See 28 USC Section 158.  Consequently, this appeal is herewith
transferred to _____SAN FRANCISCO DISTRICT COURT_____.

Please acknowledge receipt of the case file listed above
by signing and returning a copy of this transmittal form.


Harold S. Marenus, BAP Clerk

By: Edwina Clay
    Deputy Clerk

Date: June 11, 2007

> Please acknowledge receipt of
> the case file listed above.
>
> Dated:_____
>
> Signed:_____
>        District Court Deputy
>
> Assigned District Court No.
> _____

cc: Bankruptcy Court
    All Parties