```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No. 06-10697 |
| STEWART JAY WARREN, | Chapter 7 |
| DEBTOR. | NOTICE OF APPEAL |

Stewart Jay Warren, Debtor herein, appeals to the U.S. District Court from the Bankruptcy Court's Orders entered April 13, 2007, and April 20, 2007. The parties to the Orders appealed from and the names and addresses of their respective attorneys are as follows:

1.  Stewart Jay Warren, Debtor,
    Appellant

    Attorney for Appellant:

    David N. Chandler
    David N. Chandler, p.c.
    1747 Fourth St.
    Santa Rosa, CA 95404

    (707) 528-4331

2.  U.S. Trustee,
    Appellee

    Attorney for Appellee:

    James A. Shepherd
    Office of the United States Trustee
    235 Pine St., Ste. 700
    San Francisco, CA 94104

    (415) 705-3340

3.  Andrea Wirum, Chapter 7 Trustee
    Appellee

    Attorney for Appellee:

    Andrea Wirum, Trustee, pro per
    P.O. Box 1108
    Lafayette, CA 94549

    (415)294-7710

Stamps: BAP NC-07-1158; RECEIVED Harold S. Marenus, Clerk, U.S. BKCY.APP.PANEL OF THE NINTH CIRCUIT, APR 30 2007; FILED; DOCKETED DATE INITIAL

```
1  Dated:    4/23/07                    DAVID N. CHANDLER, p.c.
2
3                                       By: /s/ David N. Chandler
                                        DAVID N. CHANDLER,
4                                       Attorney for Debtor
```