DebtEd, MEANSNO, APPEAL

# U.S. Bankruptcy Court
## Northern District of California (Santa Rosa)
### Bankruptcy Petition #: 06-10697

*Assigned to:* Judge Alan Jaroslovsky
Chapter 7
Voluntary
Asset

*Date Filed:* 10/11/2006

*Debtor*
**Stewart Jay Warren**
415 Wilson Ln.
Windsor, CA 95492
SSN: xxx-xx-3295

represented by **David N. Chandler**
Law Offices of David N. Chandler
1747 4th St.
Santa Rosa, CA 95404
(707) 528-4331
Email: DChandler1747@yahoo.com

*Trustee*
**Andrea A. Wirum**
P.O. Box 1108
Lafayette, CA 94549
(415) 294-7710

*U.S. Trustee*
**Office of the U.S. Trustee / SR**
235 Pine Street
Suite 700
San Francisco, CA 94104

represented by **James A. Shepherd**
U.S. Trustee Office
235 Pine St. #700
San Francisco, CA 94104
(415)705-3340
Email: james.a.shepherd@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 10/11/2006 | 1 | Chapter 7 Voluntary Petition. Fee Amount $299. Financial Management Certificate Due Prior to Discharge. Filed by Stewart Jay Warren . Incomplete Filings due by 10/26/2006. Section 521 Filings due by 11/27/2006. Order Meeting of Creditors due by 10/26/2006. (kl, ) (Entered: 10/11/2006) |
| 10/11/2006 | | First Meeting of Creditors with 341(a) meeting to be held on 11/08/2006 at 10:00 AM at Santa Rosa U.S. Trustee Office. Objections |

| | | |
|---|---|---|
| | | for Discharge due by 01/08/2007. (kl, ) (Entered: 10/11/2006) |
| 10/11/2006 | 2 | Creditor Matrix Filed by Debtor Stewart Jay Warren. (jmc, ) (Entered: 10/11/2006) |
| 10/11/2006 | 3 | Statement of Social Security Number. Filed by Debtor Stewart Jay Warren. (jmc, ) (Entered: 10/11/2006) |
| 10/11/2006 | | Receipt of Filing Fee for Chapter 7 Voluntary Petition. Amount 299.00 from Warren Stewart Jay. Receipt Number 10021718. (kl) (Entered: 10/11/2006) |
| 10/12/2006 | 4 | Order For Individuals To File Required Documents and Notice Regarding Automatic Dismissal . (jmc, ) (Entered: 10/12/2006) |
| 10/13/2006 | 5 | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) . (jmc, ) (Entered: 10/13/2006) |
| 10/14/2006 | 6 | BNC Certificate of Mailing (RE: related document(s)4 Order). Service Date 10/14/2006. (Admin.) (Entered: 10/14/2006) |
| 10/15/2006 | 7 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s)5 Generate 341 Notices). Service Date 10/15/2006. (Admin.) (Entered: 10/16/2006) |
| 10/30/2006 | 8 | Order To Appear (RE: related document(s)1 Voluntary Petition (Chapter 7), filed by Debtor Stewart Jay Warren). Hearing scheduled for 11/17/2006 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. (jmc, )Please see Document No. 9 for corrected information. Modified on 10/30/2006 (jmc, ). (Entered: 10/30/2006) |
| 10/30/2006 | 9 | Order To Appear Re Incomplete Filings Due (RE: related document(s) 1 Voluntary Petition (Chapter 7), filed by Debtor Stewart Jay Warren). Hearing scheduled for 11/17/2006 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. (jmc, ) (Entered: 10/30/2006) |
| 11/09/2006 | | Debtor (s) DID NOT Appear. Next Meeting of Creditors to be Held on 11/29/2006 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 11/8/2006. Tape Number: 15. Notes: (Wirum, Andrea) (Entered: 11/09/2006) |
| 11/15/2006 | 10 | Response to *Order for Hearing Re: Sanctions and Request Court to Refrain From Dismissing Case* (RE: related document(s)9 Order To Set Hearing). Filed by Trustee Andrea A. Wirum (Attachments: # 1 Certificate of Service) (Wirum, Andrea) (Entered: 11/15/2006) |

| Date | Doc # | Description |
|---|---|---|
| 11/15/2006 | 11 | Declaration of Andrea A. Wirum, Trustee in support of *Response to Order for Hearing Re: Sanctions and Request Court to Refrain from Dismissing Case* (RE: related document(s)10 Response). Filed by Trustee Andrea A. Wirum (Wirum, Andrea) (Entered: 11/15/2006) |
| 11/17/2006 | | Hearing Held (RE: related document(s)9 Order For Hearing Re: Sanctions: Re Incomplete Filings Due (RE: related document(s) 1 Voluntary Petition (Chapter 7), filed by Debtor Stewart Jay Warren) (After Hearing; Off calendar) (Appearances: James Sheppard) (ta, ) (Entered: 11/20/2006) |
| 11/30/2006 | | Meeting of Creditors Continued on 12/18/2006 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 11/29/2006. Tape Number: 14. Notes: (Wirum, Andrea) (Entered: 11/30/2006) |
| 12/05/2006 | 12 | Notice of Deficiency of Financial Management Course Certificate Due Before Discharge. (jmc, ) (Entered: 12/05/2006) |
| 12/07/2006 | 13 | BNC Certificate of Mailing (RE: related document(s)12 Notice of Deficiency Financial Management Course). Service Date 12/07/2006. (Admin.) (Entered: 12/07/2006) |
| 12/18/2006 | 14 | Trustee's Request for Notice of Possible Dividends . (Wirum, Andrea) (Entered: 12/18/2006) |
| 12/18/2006 | | Debtor (s) DID NOT Appear. Next Meeting of Creditors to be Held on 1/10/2007 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 12/18/2006. Tape Number: 10. Notes: (Wirum, Andrea) (Entered: 12/18/2006) |
| 12/19/2006 | 15 | Notice of Possible Dividends . Proofs of Claims due by 3/21/2007. (jmc, ) (Entered: 12/19/2006) |
| 12/21/2006 | 16 | BNC Certificate of Mailing - Notice of Possible Dividend. (RE: related document(s)15 Notice of Possible Dividends). Service Date 12/21/2006. (Admin.) (Entered: 12/21/2006) |
| 12/26/2006 | 17 | Motion to Extend Time *to File Motion to Dismiss Under 11 U.S.C. 707(a) and/or 707(b)(3) and/or Complaint Objecting to Discharge Under 11 U.S.C. 727, and Memorandum of Points and Authorities In Support Thereof* Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Declaration # 2 Certificate of Service) (Shepherd, James) (Entered: 12/26/2006) |

| | | |
|---|---|---|
| 12/26/2006 | 18 | Notice and Opportunity for Hearing *on U.S. Trustee' Motion to Extend Time to File Motion to Dismiss Under 11 U.S.C. 707(a) and/or 707(b)(3) and/or Complaint Objecting to Discharge Under 11 U.S.C. 727, and Opportunity to Object* (RE: related document(s)17 Motion to Extend Time *to File Motion to Dismiss Under 11 U.S.C. 707(a) and/or 707(b)(3) and/or Complaint Objecting to Discharge Under 11 U.S.C. 727, and Memorandum of Points and Authorities In Support Thereof* Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Declaration # (2) Certificate of Service) (Shepherd, James)). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Certificate of Service) (Shepherd, James) (Entered: 12/26/2006) |
| 01/10/2007 | | Debtor (s) DID NOT Appear. Next Meeting of Creditors to be Held on 2/7/2007 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 1/10/2007. Tape Number: 11. Notes: (Wirum, Andrea) (Entered: 01/10/2007) |
| 01/17/2007 | 19 | Notice of Deficiency of Financial Management Course Certificate Due . Final Financial Management Certificate due by 3/5/2007. (kl, ) (Entered: 01/17/2007) |
| 01/18/2007 | 20 | Request for Entry of Default Re: *U.S. Trustee's Motion for Extension of Time to File Motion(s) Under 11 U.S.C. 707(a) and/or 707(b)(3) and/or Complaint Objecting to Discharge Pursuant to 11 U.S.C. 727* (RE: related document(s)17 Motion to Extend Time, ). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Declaration # 2 Exhibit A# 3 Certificate of Service) (Shepherd, James) (Entered: 01/18/2007) |
| 01/19/2007 | 21 | BNC Certificate of Mailing (RE: related document(s)19 Notice of Deficiency Financial Management Course). Service Date 01/19/2007. (Admin.) (Entered: 01/19/2007) |
| 01/22/2007 | 22 | Order Extending Time to File Motion to Dismiss Under 11 U.S.C. 707(a) and/or 707(b)(3) and/or Complaint Objecting to Discharge Under 11 U.S.C. 727, (Related Doc # 17) Last day to oppose discharge or dischargeability is 3/9/2007. (kl, ) (Entered: 01/22/2007) |
| 01/31/2007 | | Deadlines Updated (RE: related document(s)22 Order on Motion to Extend Time, Meeting (Chapter 7) Last day to oppose discharge or dischargeability is 1/8/2007. (jmc, ) (Entered: 01/31/2007) |
| 02/13/2007 | | Meeting of Creditors Continued on 3/7/2007 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 2/7/2007. Tape Number: . Notes: (Wirum, Andrea) (Entered: 02/13/2007) |

| | | |
|---|---|---|
| 03/06/2007 | ●23 | Motion to Dismiss Case ; *Declaration Of Stewart Warren; Memorandum Of Points And Authorities* Filed by Debtor Stewart Jay Warren (Chandler, David) (Entered: 03/06/2007) |
| 03/07/2007 | ● | Meeting of Creditors Continued on 4/4/2007 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 3/7/2007. Tape Number: 9. Notes: (Wirum, Andrea) (Entered: 03/07/2007) |
| 03/07/2007 | ●24 | Notice of Hearing *On Motion For Order Of Dismissal (w/proof of service)* (RE: related document(s)23 Motion to Dismiss Case ; *Declaration Of Stewart Warren; Memorandum Of Points And Authorities* Filed by Debtor Stewart Jay Warren (Chandler, David)). Hearing scheduled for 4/6/2007 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Debtor Stewart Jay Warren (Chandler, David) (Entered: 03/07/2007) |
| 03/09/2007 | ●25 | Motion to Extend Time *United States Trustee's Second Motion To Extend Deadlines And Memorandum Of Points And Authorities In Support Thereof* Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Declaration fo Andrea A. Wirum ISO# 2 Declaration of Paralegal Specialist ISO# 3 Exhibits# 4 Certificate of Service) (Tamanaha, Donna (dj)) (Entered: 03/09/2007) |
| 03/09/2007 | ●26 | Notice and Opportunity for Hearing *On United States Trustee's Second Motion To Extend Deadlines And Memorandum Of Points And Authorities In Support Thereof* (RE: related document(s)25 Motion to Extend Time *United States Trustee's Second Motion To Extend Deadlines And Memorandum Of Points And Authorities In Support Thereof* Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Declaration fo Andrea A. Wirum ISO# (2) Declaration of Paralegal Specialist ISO# (3) Exhibits# (4) Certificate of Service) (Tamanaha, Donna (dj))). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Certificate of Service) (Tamanaha, Donna (dj)) (Entered: 03/09/2007) |
| 03/22/2007 | ●27 | Brief/Memorandum in Opposition to *Debtor's Motion for Order of Dismissal* (RE: related document(s)23 Motion to Dismiss Case). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Exhibit 1# 2 Certificate of Service) (Shepherd, James) (Entered: 03/22/2007) |
| 03/27/2007 | ●28 | Supplemental Exhibit *In Support of United States Trustee's Opposition to Debtor's Motion for Order of Dismissal* (RE: related document(s)27 Opposition Brief/Memorandum, ). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 |

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
|------------|------|-----|
|            |      | Certificate of Service) (Shepherd, James) (Entered: 03/27/2007) |
| 03/27/2007 | 29   | Supplemental Exhibit *In Support of U.S. Trustee's Second Motion to Extend Time to File Motion to Dismiss Under 11 U.S.C. 707(a) and/or 707(b)(3) and/or Complaint Objecting to Discharge Under 11 U.S.C. 727 and U.S. Trustee's Opposition to Debtor's Motion for Order of Dismissal* (RE: related document(s)25 Motion to Extend Time,, 27 Opposition Brief/Memorandum, ). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Shepherd, James) (Entered: 03/27/2007) |
| 03/28/2007 | 30   | Joinder *in Support of United States Trustee's Opposition to Debtor's Motion for Order of Dismissal* (RE: related document(s)27 Opposition Brief/Memorandum, ). Filed by Trustee Andrea A. Wirum (Wirum, Andrea) (Entered: 03/28/2007) |
| 04/04/2007 | 31   | Request For Entry Of Order Of Dismissal. Filed by Debtor Stewart Jay Warren. (jmc, ) (Entered: 04/04/2007) |
| 04/04/2007 | 32   | Order Denying Motion to Dismiss Case (Related Doc # 31 Request For Entry Of Order Of Dismissal. Filed by Debtor Stewart Jay Warren.) (jmc, ) (Entered: 04/04/2007) |
| 04/06/2007 |      | Meeting of Creditors Continued on 5/8/2007 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 4/4/2007. Tape Number: 8. Notes: (Wirum, Andrea) (Entered: 04/06/2007) |
| 04/06/2007 |      | Hearing Held (RE: related document(s)23 Motion to Dismiss Case Filed by Debtor Stewart Jay Warren (After Hearing; Matter submitted - Judge Jaroslovsky to prepare written decision by 4/9/07; Any additional briefs due by this afternoon) (Appearances: David Chandler and James Shepherd) (ta, ) (Entered: 04/09/2007) |
| 04/09/2007 | 33   | Memorandum On Motions To Dismiss (RE: related document(s)23 Motion to Dismiss Case filed by Debtor Stewart Jay Warren). (jmc, ) (Entered: 04/09/2007) |
| 04/13/2007 | 34   | Order Waiving Debtor To File Papers Required By 521(a)(1). RE: Voluntary Petition (Chapter 7) filed by Debtor Stewart Jay Warren). (jmc, ) (Entered: 04/13/2007) |
| 04/20/2007 | 35   | Order Denying Debtor's Motion To Dismiss Under 11 U.S.C. 109(h) And Ex Parte Request For Dismissal Under U.S.C. 521(i). (RE: related document(s)23 Motion to Dismiss Case filed by Debtor Stewart Jay |

| | | |
|---|---|---|
| | | Warren). (jmc, ) (Entered: 04/20/2007) |
| 04/23/2007 | 36 | Notice of Appeal to District Court , Fee Amount $ 255. (RE: related document(s)35 Order, 34 Order). Appellant Designation due by 5/3/2007. Transmission to District Court due by 5/23/2007. Filed by Debtor Stewart Jay Warren (Chandler, David) (Entered: 04/23/2007) |
| 04/23/2007 | | Receipt of filing fee for Notice of Appeal(06-10697) [appeal,ntcapl] ( 255.00). Receipt number 4187560, amount $ 255.00 (U.S. Treasury) (Entered: 04/23/2007) |
| 04/25/2007 | 37 | Notice of Referral of Appeal to Bankruptcy Appellant Panel (RE: related document(s) 36 Notice of Appeal.(RE: related document(s)35 Order Denying Debtor's Motion To Dismiss Under 11 U.S.C. 109(h) And Ex Parte Request For Dismissal Under U.S.C. 521(i). 34 Order Waiving Debtor To File Papers Required By 521(a)(1). Voluntary Petition (Chapter 7) filed by Debtor Stewart Jay Warren). (jmc, ) Filed by Debtor Stewart Jay Warren (Chandler, David) (Entered: 04/23/2007)(jmc, ) Modified on 4/25/2007 to attach Certificate of Mailing (jmc, ). Additional attachment(s) added on 4/25/2007 (jmc, ). (Entered: 04/25/2007) |
| 04/25/2007 | 38 | Request for Entry of Default Re: *U.S. Trustee's Second Motion for Extension of Time to File Motion(s) Under 11 U.S.C. 707(a) and/or 707(b)(3) and/or Complaint Objecting to Discharge Pursuant to 11 U.S.C. 727*. (RE: related document(s)25 Motion to Extend Time, ). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Declaration # 2 Exhibit A# 3 Certificate of Service) (Shepherd, James) (Entered: 04/25/2007) |
| 04/25/2007 | 39 | Transmission of Notice of Appeal to BAP (RE: related document(s)36 Notice of Appeal, ). (jmc, ) (Entered: 04/25/2007) |