IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| , | No. C-07-03244 CRB |
|  | NOTICE OF FILING OF BANKRUPTCY |
| Plaintiff, | APPEAL AND ORDER SETTING STATUS |
|  | CONFERENCE |
| v. |  |
| STEWART JAY WARREN, |  |
| Defendant. |  |
| _____/ |  |

RE:
    Bankruptcy Case:
    Adversary No.:
    BAP No.:

Appellant:

The appeal has been assigned the following case number C-07-03244 CRB before the Honorable Charles R. Breyer.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 10/5/2007 in Ctrm. 8, 19th Fl,SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Jun 20, 2007

                              For the Court
                              Richard W. Wieking, Clerk


                              _____
                              By: Deputy Clerk

cc: USBC
    Counsel of Record