1 | MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
2 | JEAN BARNIER, State Bar No. 231683
645 First St. West, Suite D
3 | Sonoma, California 95476
Telephone: (707) 935-3205
4 | Facsimile: (707) 935-7051
Email: macclaw@macbarlaw.com

6 | Attorneys for Appellee and Chapter 7 Trustee
ANDREA A. WIRUM

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | |
| ) | USDC No. C-07-03244 CRB |
| STEWART JAY WARREN, ) | |
| ) | USBC No. 06-10697 |
| Debtor. ) | (Chapter 7) |
| _____) | |
| ) | BAP No. NC 07-1158 |
| STEWART JAY WARREN, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | **SUBSTITUTION OF ATTORNEYS** |
| ) | **AND ORDER THEREON** |
| ANDREA A. WIRUM, TRUSTEE, ) | |
| U.S. TRUSTEE, ) | |
| ) | |
| Appellees. ) | |
| _____) | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    Andrea A. Wirum, Appellant herein and Chapter 7 Trustee in Bankruptcy of the Estate of Stewart Jay Warren, hereby substitutes the law offices of MacConaghy & Barnier, PLC, 645 First St. West, Suite D, Sonoma, CA 95476, Telephone: (707) 935-3205, Facsimile: (707) 935-7051, as attorneys of record for the Appellee in this matter, in place of herself *in propria persona.*

Dated: July 10, 2007

        /s/ Andrea A. Wirum
        Andrea A. Wirum, Appellant and
        Chapter 7 Trustee in Bankruptcy of the
        Estate of Stewart Jay Warren

I accept the foregoing substitution:

Dated: July 10, 2007

        /s/ John H. MacConaghy
        John H. MacConaghy

IT IS SO ORDERED.

Dated: _____

        Charles R. Breyer
        United States District Judge