```
 1  David N. Chandler, Sr.    SBN 60780
    David N. Chandler, Jr.    SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA  95404
    Telephone: (707) 528-4331
 4
    Attorneys for Debtor/Appellant
 5
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No.  CV 07-03244 CRB |
| STEWART JAY WARREN, | |
| | BK No. 06-10697 |
|     DEBTOR. | |
| STEWARD JAY WARREN, | |
|     Debtor/Appellant, | |
| v | |
| SARA L. KISTLER, Acting United States Trustee, | |
|     Appellee. | CERTIFICATE OF SERVICE |

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On August 17, 2007, I served a copy of the following documents: APPELLANT'S OPENING BRIEF, and APPELLANT'S EXCERPTS OF THE RECORD on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

1  James A. Shepherd
   U.S. Dept. Of Justice
2  Office of the U.S. Trustee
   235 Pine St., Ste. 700
3  San Francisco, CA 94104

4  John H. MacConaghy, Esq.
   MacConaghy & Barnier, PLC
5  645 First Street West, Ste. D
   Sonoma, CA., 95476

6

7       I, JANE F. KAMAS, declare under penalty of perjury that
   the foregoing is true and correct.
8
        Executed on August 17, 2007, Santa Rosa, California.
9

10                             */s/ Jane F. Kamas*
                               JANE F. KAMAS
11