1  MacCONAGHY & BARNIER, PLC
   JOHN H. MacCONAGHY, State Bar No. 83684
2  JEAN BARNIER, State Bar No. 231683
   645 First St. West, Suite D
3  Sonoma, California 95476
   Telephone:  (707) 935-3205
4  Facsimile:   (707) 935-7051
   Email:       macclaw@macbarlaw.com
5

6  Attorneys for Appellee and Chapter 7 Trustee
   ANDREA A. WIRUM
7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 In re                              )
                                      )   USDC No. C-07-03244 CRB
12 STEWART JAY WARREN,                )
                                      )   USBC No. 06-10697
13              Debtor.               )   (Chapter 7)
   _____)
14                                    )   BAP No. NC 07-1158
   STEWART JAY WARREN,                )
15                                    )
                Appellant,            )
16                                    )
          v.                          )   **SUBSTITUTION OF ATTORNEYS**
17                                    )   **AND ORDER THEREON**
   ANDREA A. WIRUM, TRUSTEE,          )
18 U.S. TRUSTEE,                      )
                                      )
19              Appellees.            )
   _____)
20

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

1   Andrea A. Wirum, Appellant herein and Chapter 7 Trustee in Bankruptcy of the Estate of
2   Stewart Jay Warren, hereby substitutes the law offices of MacConaghy & Barnier, PLC, 645
3   First St. West, Suite D, Sonoma, CA 95476, Telephone: (707) 935-3205, Facsimile: (707) 935-
4   7051, as attorneys of record for the Appellee in this matter, in place of herself *in propria*
5   *persona.*

7   Dated: July 10, 2007

8                                                      /s/ Andrea A. Wirum
                                                       Andrea A. Wirum, Appellant and
9                                                      Chapter 7 Trustee in Bankruptcy of the
                                                       Estate of Stewart Jay Warren

11  I accept the foregoing substitution:

13  Dated: July 10, 2007

14                                                     /s/ John H. MacConaghy
                                                       John H. MacConaghy

17       IT IS SO ORDERED.

19  Dated: _August 29, 2007_____

22                                                     _____
                                                       Charles R. Breyer
                                                       United States District Judge

IT IS SO ORDERED.
Judge Charles R. Breyer

[2005.USDC.SOA]                                                                          PAGE 2