MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
645 First St. West
Sonoma, California 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
Email:    macclaw@macbarlaw.com

Attorneys for Appellee
ANDREA A. WIRUM, Trustee In Bankruptcy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>STEWART JAY WARREN<br><br>                    Debtor.<br>_____<br>STEWART JAY WARREN,<br><br>             Appellant,<br><br>     v.<br><br>SARA L. KISTLER, Acting United States Trustee; ANDREA A. WIRUM, Trustee in Bankruptcy;<br>             Appellees. | Case No. C 07-03244 CRB<br><br>[USBC, ND.Cal. No. 06-10967]<br><br><br><br>**SUPPLEMENTAL EXCERPTS OF RECORD ON APPEAL OF APPELLEE ANDREA A. WIRUM** |

On appeal from a final
"Order Denying Debtor's Motion to Dismiss Under 11 U.S.C. §109(h)
and *Ex Parte* Request for Dismissal under 11 U.S.C. § 521(i)"
Entered by the United States Bankruptcy Court
for the Northern District of California
Honorable Alan Jaroslovsky, United States Bankruptcy Judge

# TABLE OF CONTENTS

| Item | Page |
|---|---|
| Appellant's Designation Of Record On Appeal | 1 |
| Appellee United States Trustee's Designation Of Additional Items For Inclusion In Record On Appeal | 2 |
| Bankruptcy Court Clerk's Docket Sheet | 4 |

David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA 95404
Telephone: (707) 528-4331

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                          )   Case No. 06-10697
                                )
STEWART JAY WARREN,             )   Chapter 7
                                )
    DEBTOR.                     )   DESIGNATION OF RECORD ON APPEAL

Stewart Jay Warren, Debtor and Appellant designates the record on appeal as follows:

1.  Petition for Relief (Docket No. 1).

2.  Motion for Order of Dismissal filed, Declaration of Stewart Jay Warren, Memorandum of Points and Authorities March 6, 2007 (Docket No. 23).

3.  Notice of Hearing on Motion for Order of Dismissal filed March 7, 2007 (Docket No. 24).

4.  United States Trustee's Opposition to Debtor's Motion for Order of Dismissal (Docket No. 27).

5.  Supplemental Exhibits in Support of United States Trustee's Opposition to Debtor's Motion to Dismiss (Docket Nos. 28 and 29).

6.  Joinder in Support of United States Trustee's Opposition to Debtor's Motion to Dismiss (Docket No. 30).

7.  Request for Entry of Order of Dismissal and Order Denying filed April 4, 2007 (Docket No. 31).

8.  Memorandum of Motions to Dismiss filed April 9, 2007 (Docket No. 33).

9.  Order Waiving Debtor to File Papers Required by Section 521(a)(1) filed April 13, 2007 (Docket No. 34).

10. Order Denying Debtor's Motion to Dismiss and Ex Parte Request for Dismissal filed April 20, 2007 (Docket No. 35).

Dated:   5/3/07                     DAVID N. CHANDLER, p.c.


                                    By: /s/ David N. Chandler
                                    DAVID N. CHANDLER,
                                    Attorney for Debtor/Appellant

DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
EDWARD G. MYRTLE, Trial Attorney (DC#375913)
JULIE M. GLOSSON, Trial Attorney (#230709)
JAMES A. SHEPHERD, Trial Attorney (DC#476306)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
SARA L. KISTLER

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 06-10697 |
| STEWART JAY WARREN, | ) |
| | ) Chapter 7 |
| Debtor/Appellant. | ) |
| | ) |

**APPELLEE UNITED STATES TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS FOR INCLUSION IN RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Bankruptcy Local Rule 8006-1, Appellant Sara L. Kistler, the Acting United States Trustee ("UST"), designates the following items for inclusion in the record on appeal in the above-captioned case, in addition to those designated by Debtor/Appellant:

1. A transcript of the hearing held in the above-captioned case on April 6, 2007.

2. The bankruptcy court docket report in the above-captioned case.

3. Order To Appear Re Incomplete Filings Due, entered October 30, 2006 (Docket No. 9).

4. Response To Order for Hearing Re Sanctions and Request Court to Refrain from Dismissing Case, filed November 15, 2006 (Docket No. 10).

5. Declaration of Andrea A. Wirum, Trustee in support of Response To Order for Hearing Re Sanctions and Request Court to Refrain from Dismissing Case, filed November 15, 2006 (Docket No. 11).

APPELLEE UNITED STATES TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS FOR INCLUSION
IN RECORD ON APPEAL                                                                                                              - 1 -

00000∠

1     6.     Order Denying Motion To Dismiss Case, entered April 4, 2007 (Docket No. 32).

2     7.     Notice Of Appeal To District Court (Docket No. 36).

3     Dated: May 14, 2007                        Respectfully submitted,

Sara L. Kistler,
Acting United States Trustee

By:    */s/ James A. Shepherd*
       James A. Shepherd (DC#476306)
       Trial Attorney

APPELLEE UNITED STATES TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS FOR INCLUSION IN RECORD ON APPEAL

- 2 -

000003

DebtEd, MEANSNO, APPEAL

# U.S. Bankruptcy Court
## Northern District of California (Santa Rosa)
### Bankruptcy Petition #: 06-10697

*Assigned to:* Judge Alan Jaroslovsky
Chapter 7
Voluntary
Asset

*Date Filed:* 10/11/2006

*Debtor*
**Stewart Jay Warren**
415 Wilson Ln.
Windsor, CA 95492
SSN: xxx-xx-3295

represented by **David N. Chandler**
Law Offices of David N. Chandler
1747 4th St.
Santa Rosa, CA 95404
(707) 528-4331
Email: DChandler1747@yahoo.com

*Trustee*
**Andrea A. Wirum**
P.O. Box 1108
Lafayette, CA 94549
(415) 294-7710

represented by **John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935-3205
Email: macclaw@macbarlaw.com

*U.S. Trustee*
**Office of the U.S. Trustee / SR**
235 Pine Street
Suite 700
San Francisco, CA 94104

represented by **James A. Shepherd**
U.S. Trustee Office
235 Pine St. #700
San Francisco, CA 94104
(415)705-3340
Email: james.a.shepherd@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 10/11/2006 | 1 | Chapter 7 Voluntary Petition. Fee Amount $299. Financial Management Certificate Due Prior to Discharge. Filed by Stewart Jay Warren. Incomplete Filings due by 10/26/2006. Section 521 Filings due by 11/27/2006. Order Meeting of Creditors due by 10/26/2006. (kl, ) (Entered: 10/11/2006) |
| 10/11/2006 | | First Meeting of Creditors with 341(a) meeting to be held on 11/08/2006 at 10:00 AM at Santa Rosa U.S. Trustee Office. Objections for Discharge due by 01/08/2007. (kl, ) (Entered: |

000004

|  |  | 10/11/2006) |
|---|---|---|
| 10/11/2006 | 2 | Creditor Matrix Filed by Debtor Stewart Jay Warren. (jmc, ) (Entered: 10/11/2006) |
| 10/11/2006 | 3 | Statement of Social Security Number. Filed by Debtor Stewart Jay Warren. (jmc, ) (Entered: 10/11/2006) |
| 10/11/2006 |  | Receipt of Filing Fee for Chapter 7 Voluntary Petition. Amount 299.00 from Warren Stewart Jay. Receipt Number 10021718. (kl) (Entered: 10/11/2006) |
| 10/12/2006 | 4 | Order For Individuals To File Required Documents and Notice Regarding Automatic Dismissal. (jmc, ) (Entered: 10/12/2006) |
| 10/13/2006 | 5 | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated). (jmc, ) (Entered: 10/13/2006) |
| 10/14/2006 | 6 | BNC Certificate of Mailing (RE: related document(s)4 Order). Service Date 10/14/2006. (Admin.) (Entered: 10/14/2006) |
| 10/15/2006 | 7 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s)5 Generate 341 Notices). Service Date 10/15/2006. (Admin.) (Entered: 10/16/2006) |
| 10/30/2006 | 8 | Order To Appear (RE: related document(s)1 Voluntary Petition (Chapter 7), filed by Debtor Stewart Jay Warren). Hearing scheduled for 11/17/2006 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. (jmc, )Please see Document No. 9 for corrected information. Modified on 10/30/2006 (jmc, ). (Entered: 10/30/2006) |
| 10/30/2006 | 9 | Order To Appear Re Incomplete Filings Due (RE: related document(s) 1 Voluntary Petition (Chapter 7), filed by Debtor Stewart Jay Warren). Hearing scheduled for 11/17/2006 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. (jmc, ) (Entered: 10/30/2006) |
| 11/09/2006 |  | Debtor (s) DID NOT Appear. Next Meeting of Creditors to be Held on 11/29/2006 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 11/8/2006. Tape Number: 15. Notes: (Wirum, Andrea) (Entered: 11/09/2006) |
| 11/15/2006 | 10 | Response to *Order for Hearing Re Sanctions and Request Court to Refrain From Dismissing Case* (RE: related document(s)9 Order To Set Hearing). Filed by Trustee Andrea A. Wirum (Attachments: # 1 Certificate of Service) (Wirum, Andrea) (Entered: 11/15/2006) |
| 11/15/2006 | 11 | Declaration of Andrea A. Wirum, Trustee in support of *Response to* |

000005

| | | |
|---|---|---|
| | | *Order for Hearing Re Sanctions and Request Court to Refrain from Dismissing Case* (RE: related document(s)10 Response). Filed by Trustee Andrea A. Wirum (Wirum, Andrea) (Entered: 11/15/2006) |
| 11/17/2006 | | Hearing Held (RE: related document(s)9 Order For Hearing Re: Sanctions: Re Incomplete Filings Due (RE: related document(s) 1 Voluntary Petition (Chapter 7), filed by Debtor Stewart Jay Warren) (After Hearing; Off calendar) (Appearances: James Sheppard) (ta, ) (Entered: 11/20/2006) |
| 11/30/2006 | | Meeting of Creditors Continued on 12/18/2006 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 11/29/2006. Tape Number: 14. Notes: (Wirum, Andrea) (Entered: 11/30/2006) |
| 12/05/2006 | 12 | Notice of Deficiency of Financial Management Course Certificate Due Before Discharge. (jmc, ) (Entered: 12/05/2006) |
| 12/07/2006 | 13 | BNC Certificate of Mailing (RE: related document(s)12 Notice of Deficiency Financial Management Course). Service Date 12/07/2006. (Admin.) (Entered: 12/07/2006) |
| 12/18/2006 | 14 | Trustee's Request for Notice of Possible Dividends. (Wirum, Andrea) (Entered: 12/18/2006) |
| 12/18/2006 | | Debtor (s) DID NOT Appear. Next Meeting of Creditors to be Held on 1/10/2007 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 12/18/2006. Tape Number: 10. Notes: (Wirum, Andrea) (Entered: 12/18/2006) |
| 12/19/2006 | 15 | Notice of Possible Dividends. Proofs of Claims due by 3/21/2007. (jmc, ) (Entered: 12/19/2006) |
| 12/21/2006 | 16 | BNC Certificate of Mailing - Notice of Possible Dividend. (RE: related document(s)15 Notice of Possible Dividends). Service Date 12/21/2006. (Admin.) (Entered: 12/21/2006) |
| 12/26/2006 | 17 | Motion to Extend Time *to File Motion to Dismiss Under 11 U.S.C. 707(a) and/or 707(b)(3) and/or Complaint Objecting to Discharge Under 11 U.S.C. 727, and Memorandum of Points and Authorities In Support Thereof* Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Declaration # 2 Certificate of Service) (Shepherd, James) (Entered: 12/26/2006) |
| 12/26/2006 | 18 | Notice and Opportunity for Hearing *on U.S Trustee' Motion to Extend Time to File Motion to Dismiss Under 11 U.S.C. 707(a) and/or 707(b)(3) and/or Complaint Objecting to Discharge Under 11* |

000006

| | | |
|---|---|---|
| | | *U.S.C. 727, and Opportunity to Object* (RE: related document(s)17 Motion to Extend Time *to File Motion to Dismiss Under 11 U.S.C. 707(a) and/or 707(b)(3) and/or Complaint Objecting to Discharge Under 11 U.S.C. 727, and Memorandum of Points and Authorities In Support Thereof* Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Declaration # (2) Certificate of Service) (Shepherd, James)). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Certificate of Service) (Shepherd, James) (Entered: 12/26/2006) |
| 01/10/2007 | | Debtor (s) DID NOT Appear. Next Meeting of Creditors to be Held on 2/7/2007 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 1/10/2007. Tape Number: 11. Notes: (Wirum, Andrea) (Entered: 01/10/2007) |
| 01/17/2007 | 19 | Notice of Deficiency of Financial Management Course Certificate Due. Final Financial Management Certificate due by 3/5/2007. (kl, ) (Entered: 01/17/2007) |
| 01/18/2007 | 20 | Request for Entry of Default Re: *U.S. Trustee's Motion for Extension of Time to File Motion(s) Under 11 U.S.C. 707(a) and/or 707(b)(3) and/or Complaint Objecting to Discharge Pursuant to 11 U.S.C. 727* (RE: related document(s)17 Motion to Extend Time, ). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Declaration # 2 Exhibit A# 3 Certificate of Service) (Shepherd, James) (Entered: 01/18/2007) |
| 01/19/2007 | 21 | BNC Certificate of Mailing (RE: related document(s)19 Notice of Deficiency Financial Management Course). Service Date 01/19/2007. (Admin.) (Entered: 01/19/2007) |
| 01/22/2007 | 22 | Order Extending Time to File Motion to Dismiss Under 11 U.S.C. 707(a) and/or 707(b)(3) and/or Complaint Objecting to Discharge Under 11 U.S.C. 727, (Related Doc # 17) Last day to oppose discharge or dischargeability is 3/9/2007. (kl, ) (Entered: 01/22/2007) |
| 01/31/2007 | | Deadlines Updated (RE: related document(s)22 Order on Motion to Extend Time, Meeting (Chapter 7) Last day to oppose discharge or dischargeability is 1/8/2007. (jmc, ) (Entered: 01/31/2007) |
| 02/13/2007 | | Meeting of Creditors Continued on 3/7/2007 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 2/7/2007. Tape Number: . Notes: (Wirum, Andrea) (Entered: 02/13/2007) |
| 03/06/2007 | 23 | Motion to Dismiss Case , *Declaration Of Stewart Warren; Memorandum Of Points And Authorities* Filed by Debtor Stewart Jay Warren (Chandler, David) (Entered: 03/06/2007) |

000007

| | | |
|---|---|---|
| 03/07/2007 | | Meeting of Creditors Continued on 4/4/2007 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 3/7/2007. Tape Number: 9. Notes: (Wirum, Andrea) (Entered: 03/07/2007) |
| 03/07/2007 | 24 | Notice of Hearing *On Motion For Order Of Dismissal (w/proof of service)* (RE: related document(s)23 Motion to Dismiss Case, *Declaration Of Stewart Warren; Memorandum Of Points And Authorities* Filed by Debtor Stewart Jay Warren (Chandler, David)). Hearing scheduled for 4/6/2007 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Debtor Stewart Jay Warren (Chandler, David) (Entered: 03/07/2007) |
| 03/09/2007 | 25 | Motion to Extend Time *United States Trustee's Second Motion To Extend Deadlines And Memorandum Of Points And Authorities In Support Thereof* Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Declaration fo Andrea A. Wirum ISO# 2 Declaration of Paralegal Specialist ISO# 3 Exhibits# 4 Certificate of Service) (Tamanaha, Donna (dj)) (Entered: 03/09/2007) |
| 03/09/2007 | 26 | Notice and Opportunity for Hearing *On United States Trustee's Second Motion To Extend Deadlines And Memorandum Of Points And Authorities In Support Thereof* (RE: related document(s)25 Motion to Extend Time *United States Trustee's Second Motion To Extend Deadlines And Memorandum Of Points And Authorities In Support Thereof* Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Declaration fo Andrea A. Wirum ISO# (2) Declaration of Paralegal Specialist ISO# (3) Exhibits# (4) Certificate of Service) (Tamanaha, Donna (dj))). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Certificate of Service) (Tamanaha, Donna (dj)) (Entered: 03/09/2007) |
| 03/22/2007 | 27 | Brief/Memorandum in Opposition to *Debtor's Motion for Order of Dismissal* (RE: related document(s)23 Motion to Dismiss Case). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Exhibit 1# 2 Certificate of Service) (Shepherd, James) (Entered: 03/22/2007) |
| 03/27/2007 | 28 | Supplemental Exhibit *In Support of United States Trustee's Opposition to Debtor's Motion for Order of Dismissal* (RE: related document(s)27 Opposition Brief/Memorandum, ). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Certificate of Service) (Shepherd, James) (Entered: 03/27/2007) |
| 03/27/2007 | 29 | Supplemental Exhibit *In Support of U.S Trustee's Second Motion to Extend Time to File Motion to Dismiss Under 11 U.S.C 707(a) and/or 707(b)(3) and/or Complaint Objecting to Discharge Under 11* |

000006

| | | |
|---|---|---|
| | | *U.S.C. 727 and U.S. Trustee's Opposition to Debtor's Motion for Order of Dismissal* (RE: related document(s)25 Motion to Extend Time,, 27 Opposition Brief/Memorandum, ). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Shepherd, James) (Entered: 03/27/2007) |
| 03/28/2007 | 30 | *Joinder in Support of United States Trustee's Opposition to Debtor's Motion for Order of Dismissal* (RE: related document(s)27 Opposition Brief/Memorandum, ). Filed by Trustee Andrea A. Wirum (Wirum, Andrea) (Entered: 03/28/2007) |
| 04/04/2007 | 31 | Request For Entry Of Order Of Dismissal. Filed by Debtor Stewart Jay Warren. (jmc, ) (Entered: 04/04/2007) |
| 04/04/2007 | 32 | Order Denying Motion to Dismiss Case (Related Doc # 31 Request For Entry Of Order Of Dismissal Filed by Debtor Stewart Jay Warren.) (jmc, ) (Entered: 04/04/2007) |
| 04/06/2007 | | Meeting of Creditors Continued on 5/8/2007 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 4/4/2007. Tape Number: 8. Notes: (Wirum, Andrea) (Entered: 04/06/2007) |
| 04/06/2007 | | Hearing Held (RE: related document(s)23 Motion to Dismiss Case Filed by Debtor Stewart Jay Warren (After Hearing; Matter submitted - Judge Jaroslovsky to prepare written decision by 4/9/07; Any additional briefs due by this afternoon) (Appearances: David Chandler and James Shepherd) (ta, ) (Entered: 04/09/2007) |
| 04/09/2007 | 33 | Memorandum On Motions To Dismiss (RE: related document(s)23 Motion to Dismiss Case filed by Debtor Stewart Jay Warren). (jmc, ) (Entered: 04/09/2007) |
| 04/13/2007 | 34 | Order Waiving Debtor To File Papers Required By 521(a)(1). RE: Voluntary Petition (Chapter 7) filed by Debtor Stewart Jay Warren). (jmc, ) (Entered: 04/13/2007) |
| 04/20/2007 | 35 | Order Denying Debtor's Motion To Dismiss Under 11 U.S.C. 109(h) And Ex Parte Request For Dismissal Under U.S.C. 521(i). (RE: related document(s)23 Motion to Dismiss Case filed by Debtor Stewart Jay Warren). (jmc, ) (Entered: 04/20/2007) |
| 04/23/2007 | 36 | Notice of Appeal to District Court , Fee Amount $ 255. (RE: related document(s)35 Order, 34 Order). Appellant Designation due by 5/3/2007. Transmission to District Court due by 5/23/2007. Filed by Debtor Stewart Jay Warren (Chandler, David) (Entered: 04/23/2007) |

000009

| | | |
|---|---|---|
| 04/23/2007 | | Receipt of filing fee for Notice of Appeal(06-10697) [appeal,ntcapl] ( 255.00). Receipt number 4187560, amount $ 255.00 (U.S. Treasury) (Entered: 04/23/2007) |
| 04/25/2007 | 37 | Notice of Referral of Appeal to Bankruptcy Appellant Panel (RE: related document(s) 36 Notice of Appeal (RE: related document(s)35 Order Denying Debtor's Motion To Dismiss Under 11 U.S.C. 109(h) And Ex Parte Request For Dismissal Under U.S.C. 521(i). 34 Order Waiving Debtor To File Papers Required By 521(a)(1). Voluntary Petition (Chapter 7) filed by Debtor Stewart Jay Warren). (jmc, ) Filed by Debtor Stewart Jay Warren (Chandler, David) (Entered: 04/23/2007)(jmc, ) Modified on 4/25/2007 to attach Certificate of Mailing (jmc, ). Additional attachment(s) added on 4/25/2007 (jmc, ). (Entered: 04/25/2007) |
| 04/25/2007 | 38 | Request for Entry of Default Re: *US Trustee's Second Motion for Extension of Time to File Motion(s) Under 11 U.S.C. 707(a) and/or 707(b)(3) and/or Complaint Objecting to Discharge Pursuant to 11 U.S.C. 727.* (RE: related document(s)25 Motion to Extend Time, ). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Declaration # 2 Exhibit A# 3 Certificate of Service) (Shepherd, James) (Entered: 04/25/2007) |
| 04/25/2007 | 39 | Transmission of Notice of Appeal to BAP (RE: related document(s) 36 Notice of Appeal, ). (jmc, ) (Entered: 04/25/2007) |
| 04/25/2007 | 40 | Order Granting Motion to Extend Time (Related Doc # 25 Motion to Extend Time United States Trustee's Second Motion To Extend Deadlines And Memorandum Of Points And Authorities In Support Thereof Filed by U.S. Trustee Office of the U.S. Trustee / SR ) (jmc, ) (Entered: 04/25/2007) |
| 05/03/2007 | 41 | Appellant Designation of Contents For Inclusion in Record On Appeal (RE: related document(s)36 Notice of Appeal, filed by Debtor Stewart Jay Warren). Appellee designation due by 5/14/2007. Filed by Debtor Stewart Jay Warren (Chandler, David) (Entered: 05/03/2007) |
| 05/03/2007 | 42 | Statement of Issues on Appeal, (RE: related document(s)36 Notice of Appeal, filed by Debtor Stewart Jay Warren, 41 Appellant Designation, filed by Debtor Stewart Jay Warren). Filed by Debtor Stewart Jay Warren (Chandler, David) (Entered: 05/03/2007) |
| 05/04/2007 | 43 | Notice of Docketing Record on Appeal to BAP. BAP #NC 07-1158 (RE: related document(s)36 Notice of Appeal, ). (jmc, ) (Entered: 05/04/2007) |
| 05/09/2007 | | Debtor (s) DID NOT Appear. Next Meeting of Creditors to be Held |

000010

|  |  |  |
|---|---|---|
|  |  | on 6/4/2007 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 5/8/2007. Tape Number: 29. Notes: (Wirum, Andrea) (Entered: 05/09/2007) |
| 05/09/2007 | 44 | Motion to Extend Time *United States Trustee's Third Motion To Exend The Deadlines* Filed by U.S. Trustee Office of the U.S. Trustee / SR (Shepherd, James) (Entered: 05/09/2007) |
| 05/09/2007 | 45 | Notice and Opportunity for Hearing *On United States Trustee's Third Motion To Extend The Deadlines* (RE: related document(s)44 Motion to Extend Time *United States Trustee's Third Motion To Exend The Deadlines* Filed by U.S. Trustee Office of the U.S. Trustee / SR (Shepherd, James)). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Shepherd, James) (Entered: 05/09/2007) |
| 05/09/2007 | 46 | Certificate of Service *United States Trustee's Third Motion To Extend The Deadlines* (RE: related document(s)44 Motion to Extend Time). (Shepherd, James) (Entered: 05/09/2007) |
| 05/09/2007 | 47 | Certificate of Service *United States Trustee Third Notice For Opportunity For Hearing On United States Trustee's Third Motion To Extend Deadlines* (RE: related document(s)45 Opportunity for Hearing, ). (Shepherd, James) (Entered: 05/09/2007) |
| 05/14/2007 | 48 | Statement of Election to District Court, *Election to Have Bankruptcy Appeal Heard by United States District Court*. (RE: related document(s)36 Notice of Appeal, filed by Debtor Stewart Jay Warren). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Shepherd, James) (Entered: 05/14/2007) |
| 05/14/2007 | 49 | Appellee Designation of Contents for Inclusion in Record of Appeal (RE: related document(s)36 Notice of Appeal, filed by Debtor Stewart Jay Warren). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Shepherd, James) (Entered: 05/14/2007) |
| 05/14/2007 | 50 | Certificate of Service (RE: related document(s)48 Statement of Election on Appeal,, 49 Appellee Designation). (Shepherd, James) (Entered: 05/14/2007) |
| 05/15/2007 | 51 | Request for Hearing Regarding *And Opposition To Motion To Extend Time* (RE: related document(s)45 Opportunity for Hearing,, 44 Motion to Extend Time). Filed by Debtor Stewart Jay Warren (Chandler, David) (Entered: 05/15/2007) |
| 05/16/2007 | 52 | Notice of Hearing *on U.S. Trustee's Third Motion to Extend Time to File Motion to Dismiss Under 11 U.S.C. Sections 707(a) and/or 707 (b)(3) and/or Complaint to Objecting to Discharge Under 11 U.S.C.* |

000011

| | | |
|---|---|---|
| | | *Section 727, with Certificate of Service.* (RE: related document(s)44 Motion to Extend Time *United States Trustee's Third Motion To Exend The Deadlines* Filed by U.S. Trustee Office of the U.S. Trustee / SR (Shepherd, James)). Hearing scheduled for 6/15/2007 at 10:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by U.S. Trustee Office of the U.S. Trustee / SR (Shepherd, James) (Entered: 05/16/2007) |
| 05/31/2007 | 53 | Transcript Re: Appeal *motion fo order of dismissal, April 6, 2007* (RE: related document(s)36 Notice of Appeal, ). (Palmer, Susan) (Entered: 05/31/2007) |
| 06/03/2007 | 54 | Motion to Employ Counsel By Chapter 7 Trustee along with Declaration of Proposed Counsel, John MacConaghy, and Declaration of Service By Email. Filed by Trustee Andrea A. Wirum. (jmc, ) (Entered: 06/04/2007) |
| 06/03/2007 | 55 | Order Authorizing Employment Of Counsel By Trustee. Attorney John H. MacConaghy, MacConaghy & Barnier, PLC. added to the case as Attorney for Trustee, Andrea A. Wirum. (Related Doc # 54) (jmc, ) (Entered: 06/04/2007) |
| 06/07/2007 | | Debtor (s) DID NOT Appear. Next Meeting of Creditors to be Held on 7/3/2007 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 6/4/2007. Tape Number: 28. Notes: (Wirum, Andrea) (Entered: 06/07/2007) |
| 06/08/2007 | 56 | Reply to *and In Support of U.S. Trustee's Third Motion to Extend Time to File Motion to Dismiss Under 11 U.S.C. 707(a) and/or 707 (b)(3) and/or Complaint Objecting to Discharge Under 11 U S C. 727, and Memorandum of Points and Authorities In Support Thereof, with Certificate of Service* (RE: related document(s)44 Motion to Extend Time). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Shepherd, James) (Entered: 06/08/2007) |
| 06/14/2007 | 57 | Request for Notice Filed by Interested Party John A. Vos, Esq. (Vos, John) (Entered: 06/14/2007) |
| 06/15/2007 | | Hearing Held (RE: related document(s)44 Third Motion To Exend The Deadlines Filed by U.S. Trustee (After Hearing; Motion granted) (Appearances: James Shepherd and David Chandler) (ta, ) (Entered: 06/15/2007) |
| 06/18/2007 | 58 | Order Granting Motion to Extend Time (Related Doc # 44 Motion to Extend Time United States Trustee's Third Motion To Exend The Deadlines Filed by U.S. Trustee Office of the U.S. Trustee / SR (Shepherd, James)?) (jmc, ) (Entered: 06/20/2007) |
| | | |

000012

| | | |
|---|---|---|
| 06/21/2007 | 59 | Notice of Transfer of Appeal to District Court. Case Number: 0971307032440 (RE: related document(s)36 Notice of Appeal, ). (jmc, ) (Entered: 06/22/2007) |
| 07/06/2007 | 60 | Transmittal of Record on Appeal to District Court (RE: related document(s)36 Notice of Appeal, ) (jmc, ) (Entered: 07/06/2007) |
| 07/07/2007 | | Meeting of Creditors Continued on 8/8/2007 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 7/3/2007. Tape Number: 11. Notes: (Wirum, Andrea) (Entered: 07/07/2007) |
| 08/09/2007 | | Meeting of Creditors Continued on 9/5/2007 at 10:00 AM at Santa Rosa U.S. Trustee Office. Section 341 Meeting of Creditors held on 8/8/2007. Tape Number: 10. Notes: (Wirum, Andrea) (Entered: 08/09/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/05/2007 10:07:58 | | | |
| PACER Login: | jm0199 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 06-10697 Fil or Ent: filed From: 7/6/2005 To: 9/5/2007 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 6 | Cost: | 0.48 |

000013

# DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States, over the age of 18 years and not a party to the within action. My business address is 645 First Street West, Sonoma, California 95476.

I served true and correct copies of the SUPPLEMENTAL EXCERPTS OF RECORD ON APPEAL OF APPELLEE ANDREA A. WIRUM, by placing said copies through the United States Mail at Sonoma, California on the date shown below, and in a sealed envelope(s) with first-class postage prepaid, addressed to the person(s) below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Sonoma, California on September 6, 2007.

/ S /
_____
Deena M. York

David N. Chandler, Sr. Esq.
David N. Chandler, P.C.
1747 Fourth St.
Santa Rosa, CA 95404

Office of the U.S. Trustee
U.S. Department of Justice
250 Montgomery Street, Suite 1000
San Francisco, CA 94104-3401
Attn: James Shepard, Esq.