```
1  David N. Chandler, Sr.    SBN 60780
   David N. Chandler, Jr.    SBN 235427
2  DAVID N. CHANDLER, p.c.
   1747 Fourth Street
3  Santa Rosa, CA  95404
   Telephone: (707) 528-4331
4
   Attorneys for Debtor/Appellant
5
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>STEWART JAY WARREN,<br><br>    DEBTOR.<br><br>STEWARD JAY WARREN,<br><br>    Debtor/Appellant,<br><br>v<br><br>SARA L. KISTLER, Acting United States Trustee,<br><br>    Appellee. | Case No.  CV 07-03244 CRB<br><br>BK No. 06-10697<br><br><br><br><br><br><br><br><br><br>CERTIFICATE OF SERVICE |

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On September 20, 2007, I served a copy of the following documents: APPELLANT'S REPLY BRIEF on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

James A. Shepherd
U.S. Dept. Of Justice
Office of the U.S. Trustee
235 Pine St., Ste. 700
San Francisco, CA 94104

John H. MacConaghy, Esq.
MacConaghy & Barnier, PLC
645 First Street West, Ste. D
Sonoma, CA., 95476

 I, JANE F. KAMAS, declare under penalty of perjury that the foregoing is true and correct.

 Executed on September 20, 2007, Santa Rosa, California.

           */s/ Jane F. Kamas*
           JANE F. KAMAS

Law Offices
of
**David N. Chandler, p.c.**
1747 Fourth Street
Santa Rosa, CA 95404