United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   STEWART JAY WARREN,                    No. C 07-03244 CRB

12              Appellant,                  **JUDGMENT**

13      v.

14   ANDREA A. WIRUM,

15              Appellee.
                                    /
16

17          The Court having reversed the bankruptcy court's denial of Appellant's Request for

18   Entry of Order of Dismissal and remanded for further proceedings, judgment is entered in

19   favor of Appellant Stewart Jay Warren and against Appellee Andrea A. Wirum.

20          **IT IS SO ORDERED.**

21

22

23   Dated: November 14, 2007            _____
                                         CHARLES  R. BREYER
24                                       UNITED STATES DISTRICT JUDGE

25

26

27

28