**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

November 15, 2007

U.S. Bankruptcy Court
Northern District of California
99 South "E" Street
Santa Rosa, CA 95404

RE:  CV 07-03244 CRB   STEWART JAY WARREN -v- ANDREA A. WIRUM
     Your Case Number: (06-10697, BAP # NC-07-1158)

Dear Clerk,

     Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

         (x)     Certified copies of docket entries

         (x)     Certified copies of Remand Order

         ( )     Other

     Please acknowledge receipt of the above documents on the attached copy of this letter.

         Sincerely,

         RICHARD W. WIEKING, Clerk

         by:  Maria Loo
         Case Systems Administrator

Enclosures
Copies to counsel of record