**FILED**

NOV 2 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

**RECEIVED**

NOV 16 2007

U.S. BANKRUPTCY COURT
SANTA ROSA, CA

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 15, 2007

U.S. Bankruptcy Court
Northern District of California
99 South "E" Street
Santa Rosa, CA 95404

RE: CV 07-03244 CRB   STEWART JAY WARREN -v- ANDREA A. WIRUM
     Your Case Number: (06-10697, BAP # NC-07-1158)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (x)    Certified copies of docket entries

    (x)    Certified copies of Remand Order

    ()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        by: Maria Loo
        Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg