|     |     |
| --- | --- |
| 1   | MacCONAGHY & BARNIER, PLC |
|     | JOHN H. MacCONAGHY, State Bar No. 83684 |
| 2   | JEAN BARNIER, State Bar No. 231683 |
|     | 645 First St. West, Suite D |
| 3   | Sonoma, California 95476 |
|     | Telephone: (707) 935-3205 |
| 4   | Facsimile:  (707) 935-7051 |
|     | Email:     macclaw@macbarlaw.com |
| 5   |     |
| 6   | Attorneys for District Court Appellee, |
|     | Ninth Circuit Appellant, and Chapter 7 Trustee |
| 7   | ANDREA A. WIRUM |

FILED

07 NOV 26 PM 4: 22

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | USDC No. C-07-03244 CRB |
| STEWART JAY WARREN, | USBC No. 06-10697 |
| Debtor. | (Chapter 7) |
| STEWART JAY WARREN, | |
| District Court Appellant, | |
| v. | **NOTICE OF APPEAL** |
| ANDREA A. WIRUM, TRUSTEE, | |
| U.S. TRUSTEE, | |
| District Court Appellees. | |

NOTICE IS HEREBY GIVEN that Andrea A. Wirum, Appellee herein and Chapter 7 Trustee in Bankruptcy of the Estate of Stewart Jay Warren, appeals that certain final "Order" entered herein on November 14 2007, reversing and remanding the order of the U.S. Bankruptcy Court for the Northern District of California, to the United States Court of Appeals for the Ninth Circuit.

[2005.USDC.NOA]   PAGE 1

| | |
|---|---|
| 1 | The other parties to this appeal and their counsel are the following: |
| 2 | Stewart Jay Warren |
| | c/o David N. Chandler, Esq. |
| 3 | David N. Chandler, PC |
| | 1747 Fourth St. |
| 4 | Santa Rosa, CA 95404 |
| | (707) 528-4331 |
| 5 | Appellee |
| 6 | |
| | Sarah Kistler |
| 7 | Acting United States Trustee |
| | Office of the United States Trustee |
| 8 | United States Department of Justice |
| | c/o James A. Shepherd, Esq. |
| 9 | Office of the U.S. Trustee |
| | 235 Pine Street, Ste. 700 |
| 10 | San Francisco, CA 94104 |
| | (415) 705-3333 |
| 11 | Potential Joint Appellant |
| 12 | |
| 13 | Dated: November 21, 2007          MacConaghy & Barnier, PLC |
| 14 | |
| 15 |                                                          /s/ John H. MacConaghy |
| | John H. MacConaghy |
| | Attorneys for Andrea A. Wirum, |
| 16 | Trustee in Bankruptcy |

[2005.USDC.NOA]                                                                                      PAGE 2