1  MacCONAGHY & BARNIER, PLC
   JOHN H. MacCONAGHY, State Bar No. 83684
2  JEAN BARNIER, State Bar No. 231683
   645 First St. West, Suite D
3  Sonoma, California 95476
   Telephone:  (707) 935-3205
4  Facsimile:   (707) 935-7051
   Email:        macclaw@macbarlaw.com
5

6  Attorneys for District Court Appellee,
   Ninth Circuit Appellant,  and Chapter 7 Trustee
7  ANDREA A. WIRUM

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
    In re                              )
12                                     )    USDC No. C-07-03244 CRB
    STEWART JAY WARREN,                )
13                                     )    USBC No. 06-10697
              Debtor.                  )    (Chapter 7)
14  _____    )
                                       )
15  STEWART JAY WARREN,                )
                                       )
16        District Court  Appellant,   )    **CERTIFICATE OF NINTH**
                                       )    **CIRCUIT APPELLANT ANDREA**
17        v.                           )    **A. WIRUM RE: RECORD ON APPEAL**
                                       )    **[FRAP 10(b)(1)(B)]**
18  ANDREA A. WIRUM, TRUSTEE,          )
    U.S. TRUSTEE,                      )
19                                     )
          District Court  Appellees.   )
20  _____    )

21
        NOTICE IS HEREBY GIVEN pursuant to the provisions of Rule 10(b)(1)(B) of the
22
    Federal Rules of Appellate Procedure and Ninth Circuit Rule 10-3(c) that Andrea A. Wirum,
23
    Ninth Circuit Appellant herein, does not intend to Order a Reporter's Transcript of any of the
24
    proceedings in this case.  To the best of Appellant's knowledge, there were no oral proceedings
25
    before the District Court in this case
26

1 | Dated: December 3, 2007           MacConaghy & Barnier, PLC

2

3                                                      /s/ John H. MacConaghy
                                                  John H. MacConaghy
                                                  Attorneys for Andrea A. Wirum,
4                                                 Trustee in Bankruptcy

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26