**James A. Shepherd** (DC#476306)
Trial Attorney
Department of Justice
Office of the United States Trustee
235 Pine Street, #700
San Francisco, CA 94104
phone: (415) 705-3333
fax: (415) 705-3379
email: james.a.shepherd@usdoj.gov

**Roberta A. DeAngelis**
Acting General Counsel
**P. Matthew Sutko**
**Knight Elsberry**
Office of the General Counsel
Executive Office for United States Trustees
Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530
phone: (202) 307-1399

Counsel for Sara L. Kistler,
Acting United States Trustee

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>STEWART JAY WARREN,<br><br>Debtor. | Bankruptcy Case No. 06-10697 AJ |
| STEWART JAY WARREN,<br><br>      Debtor/Appellant,<br><br>v.<br><br>ANDREA A. WIRUM, Trustee,<br><br>  -and-<br><br>SARA L. KISTLER, Acting United States Trustee for Region 17,<br><br>      Appellees. | Case No. CV 07-03244 CRB<br><br>**UNITED STATES TRUSTEE'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Sara L. Kistler, Acting United States Trustee for Region 17, an appellee herein, appeals to the United States Court of Appeals for the Ninth Circuit from the final order and judgment

UNITED STATES TRUSTEE'S NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
CV 07-03244 CRB                                                                                                              - 1 -

1  of this Court, entered herein on November 14, 2007, reversing certain orders of the United
2  States Bankruptcy Court for the Northern District of California and remanding the case for
3  dismissal of the bankruptcy proceedings.
4        The parties to the order and judgment appealed from and the names, addresses, and
5  phone numbers of their respective attorneys are as follows:

**District Court Appellant**
STEWART J. WARREN
c/o David N. Chandler, Sr.
Law Offices of David N. Chandler
1747 4th Street
Santa Rosa, CA 95404
(707) 525-4831

**District Court Appellees**
ANDREA A. WIRUM, Trustee
c/o John H. MacConaghy
MacConaghy and Barnier, PLC
645 1st Street West, Suite D
Sonoma, CA 95476
(707) 935-3205

SARA L. KISTLER, Acting United States Trustee
c/o James A. Shepherd, Trial Attorney
Donna S. Tamanaha, Assistant U.S. Trustee
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
(415) 705-3333

Dated: January 10, 2008

**Roberta A. DeAngelis**
Acting General Counsel
**P. Matthew Sutko**
**Knight Elsberry**
Office of the General Counsel
Executive Office for United States Trustees
Department of Justice
20 Massachusetts Avenue, NW
Room 8100
Washington, DC 20530

Respectfully submitted,

Sara L. Kistler,
Acting United States Trustee

By: _____
James A. Shepherd (DC#476306)
Trial Attorney

Department of Justice
Office of the United States Trustee
235 Pine Street, #700
San Francisco, CA 94104
phone: (415) 705-3333
fax: (415) 705-3379
email: james.a.shepherd@usdoj.gov

UNITED STATES TRUSTEE'S NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
CV 07-03244 CRB
- 2 -

# CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the foregoing

**UNITED STATES TRUSTEE'S NOTICE OF APPEAL TO THE DESIGNATION OF ITEMS TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party as follows:

Stewart J. Warren
c/o David N. Chandler, Sr.
Law Offices of David N. Chandler
1747 4th Street
Santa Rosa, CA 95404
(707) 525-4831

Andrea A. Wirum, Trustee
c/o John H. MacConaghy
MacConaghy and Barnier, PLC
645 1st Street West, Suite D
Sonoma, CA 95476

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 10, 2008.

By: /s/ Donna Jensen
Donna Jensen

- 3 -