1  **James A. Shepherd** (DC#476306)
   Trial Attorney
2  Department of Justice
   Office of the United States Trustee
3  235 Pine Street, #700
   San Francisco, CA 94104
4  phone: (415) 705-3333
   fax: (415) 705-3379
5  email: james.a.shepherd@usdoj.gov

6  **Roberta A. DeAngelis**
   Acting General Counsel
7  **P. Matthew Sutko**
   **Knight Elsberry**
8  Office of the General Counsel
   Executive Office for United States Trustees
9  Department of Justice
   20 Massachusetts Avenue, NW
10 Washington, DC 20530
   phone: (202) 307-1399
11
   Counsel for Sara L. Kistler,
12 Acting United States Trustee

13                  **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
14
   In re:                                  )
15                                          )
   STEWART JAY WARREN,                     )   Bankruptcy Case No. 06-10697 AJ
16                                          )
   Debtor.                                 )
17 _____)
                                            )
18 STEWART JAY WARREN,                     )   Case No. CV 07-03244 CRB
                                            )
19         Debtor/Appellant,               )   **APPELLANT UNITED STATES**
                                            )   **TRUSTEE'S DESIGNATION**
20    v.                                   )   **OF ITEMS TO BE INCLUDED**
                                            )   **IN THE RECORD ON APPEAL**
21 ANDREA A. WIRUM, Trustee,               )
                                            )
22         -and-                            )
                                            )
23 SARA L. KISTLER, Acting United States  )
   Trustee for Region 17,                  )
24                                          )
           Appellees.                      )
25 _____)

26         COMES NOW Sara L. Kistler, the Acting United States Trustee for Region 17, and

27 under Fed. R. App. P. 6(b), submits her designation of items to be included in the record on

28 APPELLANT UNITED STATES TRUSTEE'S DESIGNATION OF ITEMS TO BE INCLUDED
   IN RECORD ON APPEAL
   CV 07-03244 CRB                                                                    - 1 -

1  appeal.

2  The United States Trustee designates the bankruptcy court docket report for this case,
3  No. 06-10697 (Bankr. N.D. Cal.).

4  She also designates the district court docket report for this case, No. 07-03244 (CRB)
5  (N.D. Cal.).

6  From the bankruptcy court docket, the United States Trustee designates the following
7  items:

| Date | Docket | Description |
|---|---|---|
| 05/03/2007 | Docket #41 | Debtor/Appellant Stewart J. Warren's designation of contents for inclusion of record on appeal, and items referenced therein, to wit, Docket #s 1, 23, 24, 27, 28, 29, 30, 31, 33, 34, 35, as follows: |
| 10/11/2006 | Docket #1 | Debtor Stewart J. Warren's voluntary petition for chapter 7 relief |
| 03/06/2007 | Docket #23 | Debtor's motion to dismiss case under 11 U.S.C. § 109 |
| 03/07/2007 | Docket #24 | Debtor's notice of hearing on motion to dismiss case |
| 03/22/2007 | Docket #27 | United States Trustee's opposition to motion to dismiss case |
| 03/27/2007 | Docket #28 | United States Trustee's supplemental exhibits |
| 03/27/2007 | Docket #29 | United States Trustee's additional supplemental exhibits |
| 03/28/2007 | Docket #30 | Trustee Andrea A. Wirum's joinder in support of U.S. Trustee's opposition to Debtor's motion to dismiss case |
| 04/04/2007 | Docket #31 | Debtor's request for dismissal of case under 11 U.S.C. § 521 |
| 04/09/2007 | Docket #33 | Bankruptcy Court's Memorandum on Motions to Dismiss |
| 04/13/2007 | Docket #34 | Order waiving Debtor's obligation to file documents required under 11 U.S.C. § 521 |
| 04/20/2007 | Docket #35 | Order denying Debtor's motion to dismiss under 11 U.S.C. § 109 and request for dismissal under 11 U.S.C. § 521 |

1  Also from the bankruptcy court docket, the United States Trustee designates the
2  following items:

| Date | Docket | Description |
|---|---|---|
| 05/14/2007 | Docket #49 | United States Trustee's designation of contents for inclusion of record on appeal, and items referenced therein, to wit, Docket #'s 9, 10, 11, 32, 36, 53, as follows: |
| 10/30/2006 | Docket #9 | Order requiring Debtor to appear re incomplete filings |
| 11/15/2006 | Docket #10 | Trustee Andrea A. Wirum's response to order for hearing re sanctions and her request that Court Refrain from dismissing case |
| 11/15/2006 | Docket #11 | Declaration of Andrea A. Wirum in support of response to order |
| 04/04/2007 | Docket #32 | Order denying Debtor's request to dismiss case under 11 U.S.C. § 521 |
| 04/23/2007 | Docket #36 | Notice of appeal to United States District Court |
| 05/31/2007 | Docket #53 | Transcript of hearing held 04/06/2007 on motions to dismiss |

From the district court docket, the United States Trustee designates the following items:

| Date | Docket | Description |
|---|---|---|
| 08/17/2007 | Docket #6 | Appellant's brief by Stewart J. Warren |
| 08/17/2007 | Docket #7 | Exhibits to Appellant Stewart J. Warren's brief |
| 09/06/2007 | Docket #10 | Appellee's brief by Andrea A. Wirum |
| 09/06/2007 | Docket #11 | Exhibits to Appellee Andrea A. Wirum's brief |
| 09/06/2007 | Docket #13 | Appellee's brief by Sara L. Kistler |
| 09/20/2007 | Docket #14 | Appellant Stewart J. Warren's reply brief |
| 10/17/2007 | Docket #16 | Letter from Appellant Sara L. Kistler's attorney to Clerk of Court attaching relevant supplemental authority |
| 11/14/2007 | Docket #17 | Order reversing the Bankruptcy Court's judgment and remanding case to bankruptcy court for dismissal |
| 11/14/2007 | Docket #18 | Judgment in favor of Appellant and against Appellees |
| 11/26/2007 | Docket #21 | Notice of Appeal filed by Andrea A. Wirum, Trustee |

APPELLANT UNITED STATES TRUSTEE'S DESIGNATION OF ITEMS TO BE INCLUDED
IN RECORD ON APPEAL
CV 07-03244 CRB                                                                                                 - 3 -

1  WHEREFORE, the United States Trustee hereby respectfully requests that this
2  Honorable Court take notice of the above.

3  Dated: January 10, 2008                              Respectfully submitted,

4  **Roberta A. DeAngelis**                             Sara L. Kistler,
   Acting General Counsel                               **Acting United States Trustee**
5  **P. Matthew Sutko**
   **Knight Elsberry**                                  By: _____
6  Office of the General Counsel                             James A. Shepherd (DC#476306)
7  Executive Office for United States Trustees               Trial Attorney
   Department of Justice
8  20 Massachusetts Avenue, NW                          Department of Justice
   Room 8100                                            Office of the United States Trustee
9  Washington, DC 20530                                 235 Pine Street, #700
                                                        San Francisco, CA 94104
10                                                      phone: (415) 705-3333
                                                        fax: (415) 705-3379
11                                                      email: james.a.shepherd@usdoj.gov

12

...

28 APPELLANT UNITED STATES TRUSTEE'S DESIGNATION OF ITEMS TO BE INCLUDED
   IN RECORD ON APPEAL
   CV 07-03244 CRB                                                                    - 4 -

# CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the foregoing

**APPELLANT UNITED STATES TRUSTEE'S DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party as follows:

Stewart J. Warren
c/o David N. Chandler, Sr.
Law Offices of David N. Chandler
1747 4th Street
Santa Rosa, CA 95404
(707) 525-4831

Andrea A. Wirum, Trustee
c/o John H. MacConaghy
MacConaghy and Barnier, PLC
645 1st Street West, Suite D
Sonoma, CA 95476

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 10, 2008.

By: _____
Donna Jensen

- 5 -