1  **James A. Shepherd** (DC#476306)
   Trial Attorney
2  Department of Justice
   Office of the United States Trustee
3  235 Pine Street, #700
   San Francisco, CA 94104
4  phone: (415) 705-3333
   fax: (415) 705-3379
5  email: james.a.shepherd@usdoj.gov

6  **Roberta A. DeAngelis**
   Acting General Counsel
7  **P. Matthew Sutko**
   **Knight Elsberry**
8  Office of the General Counsel
   Executive Office for United States Trustees
9  Department of Justice
   20 Massachusetts Avenue, NW
10 Washington, DC 20530
   phone: (202) 307-1399
11
   Counsel for Sara L. Kistler,
12 Acting United States Trustee

FILED
JAN 10 PM 1:10
CLERK U.S. DISTRICT COURT
[illegible] OF CALIFORNIA

13           **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| 15  In re: | |
| 16  STEWART JAY WARREN, | Bankruptcy Case No. 06-10697 AJ |
| 17  Debtor. | |
| 18  STEWART JAY WARREN, | Case No. CV 07-03244 CRB |
| 19           Debtor/Appellant, | **APPELLANT UNITED STATES TRUSTEE'S STATEMENT OF ISSUE ON APPEAL** |
| 20           v. | |
| 21  ANDREA A. WIRUM, Trustee, | |
| 22           -and- | |
| 23  SARA L. KISTLER, Acting United States Trustee for Region 17, | |
| 24           Appellees. | |
| 25 | |

26      COMES NOW Sara L. Kistler, Acting United States Trustee for Region 17, and
27  pursuant to Fed. R. App. P. 6, submits her statement of the issue on appeal.
28

APPELLANT UNITED STATES TRUSTEE'S STATEMENT OF ISSUE ON APPEAL
CV 07-03244 CRB                                                                         - 1 -

1. Whether the District Court erred in ruling that the debtor's case had to be dismissed under 11 U.S.C. § 521.

WHEREFORE, the United States Trustee hereby requests this Honorable Court take notice of the above.

Dated: January 10, 2008

**Roberta A. DeAngelis**
Acting General Counsel
**P. Matthew Sutko**
**Knight Elsberry**
Office of the General Counsel
Executive Office for United States Trustees
Department of Justice
20 Massachusetts Avenue, NW
Room 8100
Washington, DC 20530

Respectfully submitted,

Sara L. Kistler,
Acting United States Trustee

By: _____
James A. Shepherd (DC#476306)
Trial Attorney

Department of Justice
Office of the United States Trustee
235 Pine Street, #700
San Francisco, CA 94104
phone: (415) 705-3333
fax: (415) 705-3379
email: james.a.shepherd@usdoj.gov

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the foregoing

**APPELLANT UNITED STATES TRUSTEE'S STATEMENT OF ISSUE ON APPEAL**

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party as follows:

Stewart J. Warren
c/o David N. Chandler, Sr.
Law Offices of David N. Chandler
1747 4th Street
Santa Rosa, CA 95404
(707) 525-4831

Andrea A. Wirum , Trustee
c/o John H. MacConaghy
MacConaghy and Barnier, PLC
645 1st Street West, Suite D
Sonoma, CA 95476

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 10, 2008.

By: /s/ Donna Jensen
Donna Jensen

- 3 -