**RECEIVED**

JAN 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

January 11, 2008



08-15145

**CASE INFORMATION:**
Short Case Title: <u>STEWART JAY WARREN -v- ANDREA A. WIRUM</u>
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: <u>USDC, Northern District of CA, Judge Charles R. Breyer</u>
Criminal and/or Civil Case No.: <u>CV 07-03244 CRB</u>
Date Complaint/Indictment/Petition Filed: <u>6/20/07</u>
Date Appealed order/judgment *entered* 11/14/07
Date NOA *filed* <u>1/10/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: <u>none</u>

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed:
Date FP granted:                               Date FP denied:
Is FP pending? ☐ yes  ☐ no                     Was FP limited ☐? Revoked ☐?
US Government Appeal? ☒ yes  ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                             Appellee Counsel:
James Shepherd                                 David N. Chandler
Office of the United States Trustee            Law Offices of David N. Chandler
235 Pine Street, #700                          1747 4th Street
San Francisco, CA 94104                        Santa Rosa, CA 95404

Tel. No. : (415) 705-3340                      Tel. No. : (707)-528-4331

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                   Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                                9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Maria Loo</u>, (415) 522-2069