

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
MAR 17 2008
MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: STEWART JAY WARREN, | No. 08-15145 |
| Debtor, | D.C. No. CV-07-03244-CRB<br>Northern District of California,<br>San Francisco |
| STEWART JAY WARREN, | |
| Appellee, | ORDER |
| v. | |
| SARA L. KISTLER, Acting United States Trustee for Region 17, | |
| Appellant, | |
| ANDREA A. WIRUM, Trustee. | |

The appellant's motion for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b). A copy of this order sent to the district court shall act as and for the mandate of this court.

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

MAR 17 2008
by: _____
Deputy Clerk

TAH/Promo

For the Court:
MOLLY C. DWYER
Acting Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10