IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW A. WIRUM,<br><br>    Plaintiff,<br><br>  v.<br><br>STEWART JAY WARREN,<br><br>    Defendant.<br>_____/ | No. C 07-3244 CRB<br><br>**ORDER REMANDING TO THE BANKRUPTCY COURT** |

Pursuant to the Ninth Circuit's June 18, 2009, opinion, this case is hereby REMANDED to the bankruptcy court for further proceedings.

**IT IS SO ORDERED.**

Dated: March 5, 2010

                                        CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\3244\Order Remanding.wpd